

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 8, 2013

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

RANDY ESPARZA CASTRO
JULIE MORALES CASTRO

CASE NO: 13-70049-HDH-13
HEARING DATE: 11/20/2013
HEARING TIME: 10:00 AM

## ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC). It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2010-01, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

Wichita County's $1,642.00 secured claim for 2013 ad valorem taxes shall be valued for $1,642.00 to allow direct payment by debtors.

# # # End of Order # # #

/s/ Walter O'Cheskey
___
Walter O'Cheskey
Chapter 13 Trustee

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:  CASE NO: 13-70049-HDH-13

RANDY ESPARZA CASTRO
JULIE MORALES CASTRO

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   11/15/2013                                  /s/ Walter O'Cheskey
                                                    _____
                                                    Walter O'Cheskey
                                                    Chapter 13 Trustee

RANDY ESPARZA CASTRO & JULIE MORALES CASTRO 1708 TILDEN  WICHITA FALLS TX 76309
WICHITA COUNTY  PO BOX 1471  WICHITA FALLS TX 76307
INTERNAL REVENUE SERVICE  PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE  PO BOX 7346  PHILADELPHIA PA 19101
MONTE J WHITE  ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
US ATTORNEY GENERAL  10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
UNITED STATES ATTORNEY  801 CHERRY STREET UNIT 4  FT WORTH TX 76102
WILLIAM T NEARY  UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
US ATTORNEY  ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
DISCOVER FINANCIAL SERVICES  PO BOX 3025  NEW ALBANY OH 43054
CREDIT FIRST NA  PO BOX 818011  CLEVELAND OH 44181
ALLEN L ADKINS & ASSOCIATES PC  4010 82ND STREET SUITE 230 PO BOX 3340  LUBBOCK TX 79452
PRA RECEIVABLES MANAGEMENT  PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT  PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
DISCOVER FIN SVCS LLC  PO BOX 15316  WILMINGTON DE 19850
ECAST SETTLEMENT CORPORATION  PO BOX 29262  NEW YORK NY 10087
TEXOMA COMMUNITY CR UN  PO BOX 1320  WICHITA FALLS TX 76307
BANK OF AMERICA  PO BOX 982235  EL PASO TX 79998
BANK OF AMERICA  PO BOX 982238  EL PASO TX 79998
SEARS CBNA  PO BOX 6282  SIOUX FALLS SD 57117
BANK OF AMERICA  ATTN: RECOVERY DEPARTMENT 4161 PEIDMONT PKWY GREENBORO NC 27410
CAPITAL ONE NA  C/O BASS & ASSOCIATES PC 3936 E FT LOWELL RD  SUITE 200 TUCSON AZ 85712
UNITED REVENUE CORP  ATTN: OFFICE MANAGER 204 BILLINGS ST SUITE 120 ARLINGTON TX 76010
UNITED REGIONAL HEALTH CARE SYSTEMS  1600 11TH STREET  WICHITA FALLS TX 76301
CAPITAL ONE NA  BASS & ASSOCIATES PC 3936 E FT LOWELL ROAD SUITE #200 TUCSON AZ 85712
CITY OF WF/CITY VIEW ISD/WICHITA CO  C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
LOWES/GECRB  ATTENTION: BANKRUPTCY DEPARTMENT PO BOX 103104 ROSWELL GA 30076
WESTGATE RESORTS CORP  5767 MAJOR BLVD  ORLANDO FL 32819
CAPITAL ONE BESTBUY  26525 N RIVERWOODS BLVD  METTAWA IL 60045
FIA CARD SERVICES NA  4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO NC 27410